UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUAN ALDANA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:16-cv-00038 (GBL/TCB) |
| EAGLE ATLANTIC FINANCIAL SERVICES, INC., | ) |
| Defendant. | ) |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff dismisses this action with prejudice against Defendant Eagle Atlantic Financial Services, Inc., who has yet to file an answer or motion for summary judgment.

Respectfully submitted,
**JUAN ALDANA**


*/s/ Kristi Cahoon Kelly*
Kristi Cahoon Kelly (VSB #72791)
Andrew J. Guzzo (VSB #82170)
Kelly & Crandall PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
(703) 424-7570
(703) 591-0167 (fax)
kkelly@kellyandcrandall.com
aguzzo@kellyandcrandall.com

*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 19th day of February, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

        */s/ Kristi Cahoon Kelly*
        Kristi Cahoon Kelly (VSB #72791)
        Kelly & Crandall PLC
        4084 University Drive, Suite 202A
        Fairfax, VA 22030
        (703) 424-7570
        (703) 591-0167 (fax)
        kkelly@kellyandcrandall.com

        *Counsel for Plaintiff*