UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUAN ALDANA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> EAGLE ATLANTIC FINANCIAL SERVICES, ) <br> INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:16-cv-00038 (GBL/TCB) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff dismisses this action with prejudice against Defendant Eagle Atlantic Financial Services, Inc., who has yet to file an answer or motion for summary judgment.

Respectfully submitted,
JUAN ALDANA

**IT IS SO ORDERED.**

/s/
Gerald Bruce Lee
United States District Judge

2/9/16

/s/ Kristi Cahoon Kelly
Kristi Cahoon Kelly (VSB #72791)
Andrew J. Guzzo (VSB #82170)
Kelly & Crandall PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
(703) 424-7570
(703) 591-0167 (fax)
kkelly@kellyandcrandall.com
aguzzo@kellyandcrandall.com

*Counsel for Plaintiff*